UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| APRIL FRANCIS AND RONALD FRANCIS, | * | CIVIL ACTION |
| INDIVIDUALLY AND ON BEHALF OF THE | * | |
| MINOR CHILD, A█████ F███████ | * | NO. 10-3015 |
| | * | |
| VERSUS | * | SECTION "N" |
| | * | |
| WINN-DIXIE MONTGOMERY, LLC | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>ORDER</u>

**IT IS ORDERED**, that the above entitled and numbered cause be and the same is hereby

dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this _15_ day of _____, 2011.

_____
JUDGE